# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TONY PHILLIPS,

    Defendant.

No. CR11-0027-LRR

**ORDER**

---

    The matter before the court is the defendant's motion to terminate supervised release (docket no. 77). The defendant filed such motion on October 20, 2015. Having considered, among other things, the defendant's history while on supervised release and the time he has spent on supervised release, the court concludes that early termination of the defendant's term of supervised release is not warranted under 18 U.S.C. § 3583(e)(1). Accordingly, the defendant's motion to terminate supervised release (docket no. 77) is denied. The clerk's office is directed to provide a copy of this order to the defendant and the United States Probation Office. The defendant is directed to continue to work with his supervising probation officer to achieve the goals of supervision. In the event that the defendant's supervising probation officer concludes that the terms or length of supervision

should be modified, he can file an appropriate motion with the court.

**IT IS SO ORDERED**.

**DATED** this 21st day of October, 2015.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA